| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Moore II, John H | 2. Court or Organization U.S. DISTRICT COURT MDFL | 3. Date of Report 5/3/2005 |

**4. Title** (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge-Sr. Status

**5. Report Type** (check appropriate type)

○ Nomination, Date

○ Initial   ● Annual   ○ Final

**6. Reporting Period**

1/1/2004 to 12/31/2004

**7. Chambers or Office Address**

300 North Hogan Street

Suite 11-400

Jacksonville, FL 32202

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1. Guardian | ▓▓▓▓▓ |
| 2. Co-Trustee | ▓▓▓▓▓▓▓▓▓▓▓ Living Trust created 6/9/2004 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |

RECEIVED MAY 9 10 50 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | State of Florida - retirement | 19832.00 |
| 2. | | Sun Life Insurance Co. - Annuity | 2060.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Vet Admin. | A | Interest | J | T | | | | | |
| 2. Wachovia | C | Interest | M | T | | | | | |
| 3. Ameren, common stock | D | Dividend | L | T | | | | | |
| 4. Pacific Gas & Elec. Co., common stock | A | Dividend | L | T | | | | | |
| 5. J. P. Morgan Chase & Co., common stock | B | Dividend | L | T | | | | | |
| 6. Merrill Lynch CMA Acct. | D | Dividend | P1 | T | | | | | See Sec VIII |
| 7. Bond-Fla. St. (JTA) | A | Interest | J | T | | | | | |
| 8. Bank of America | A | Interest | K | T | closed | 10/15 | K | A | |
| 9. Bank of America | A | Interest | L | T | | | | | |
| 10. Walt Disney, common stock | A | Dividend | J | T | | | | | |
| 11. Pru-Bache Nat'l Muni. Fd. | B | Dividend | L | T | transfer | 12/13 | L | A | See Sec VIII |
| 12. USAA Tax Ex. H.Y. Fund | B | Dividend | K | T | | | | | |
| 13. Bank of America | A | Interest | J | T | | | | | |
| 14. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 15. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 16. Merrill Lynch CMA Acc't. | C | Dividend | J | T | closed | 6/18 | P1 | A | See Sec VIII |
| 17. Becton-Dickinson, common stock | A | Dividend | L | T | | | | | |
| 18. Exxon Mobil, common stock | E | Dividend | P1 | T | | | | | See Sec. VIII |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Goodyear Tire, common stock | A | Dividend | J | T | | | | | |
| 20. Southern Co., common stock | B | Dividend | K | T | | | | | |
| 21. Bond-Jax. Fl. Impt. (Gator Bowl) | A | Interest | K | T | redeemed | 10/1 | K | A | |
| 22. Avery Dennison Corp., common stock | A | Dividend | J | T | | | | | |
| 23. Jax, FL Cap Impt Gator Bowl Bond | B | Interest | L | T | | | | | |
| 24. Van Kam FL Qual Mun Tr, mutual funds | C | Dividend | L | T | | | | | |
| 25. Novartis ADR, common stock | A | Dividend | J | T | | | | | |
| 26. Campbell Soup Co., common stock | A | Dividend | J | T | | | | | |
| 27. Toll Bros. Inc., common stock | A | Dividend | J | T | | | | | |
| 28. Mirant Corp., common stock | A | Dividend | J | T | sell | 12/15 | J | A | |
| 29. FLA ST BD ED CAP, Bond | C | Interest | L | T | redeemed | 6/1 | L | A | |
| 30. FLA ST BD ED CAP, Bond | C | Interest | L | T | redeemed | 6/1 | L | A | |
| 31. Palm Beach Cty Sch., Bond | C | Interest | L | T | | | | | |
| 32. Palm Beach Cty Sch., Bond | C | Interest | L | T | | | | | |
| 33. McDonalds Corporation - common stock | A | Dividend | J | T | | | | | See Sec VIII |
| 34. Wal-Mart Stores - common stock | A | Dividend | J | T | | | | | See Sec VIII |
| 35. St. Joe Corp. - common stock | A | Dividend | J | T | | | | | See Sec VIII |
| 36. USAA - Investment Account | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. USAA - Savings | A | Interest | K | T | | | | | |
| 38. General Electric - common stock | A | Dividend | J | T | buy | 02/19 | J | | See Sec VIII |
| 39. Aerovox | A | Dividend | J | T | sell | 4/1 | J | A | |
| 40. Ametek | B | Dividend | M | T | | | | | |
| 41. AT&T - common stock | A | Dividend | J | T | sell | 3/15 | J | A | |
| 42. BellSouth | A | Dividend | K | T | | | | | |
| 43. Comcast | A | Dividend | J | T | | | | | |
| 44. Citigroup | B | Dividend | L | T | | | | | |
| 45. Cooper Industries LTD | D | Dividend | M | T | | | | | |
| 46. DTE Energy Co. - common stock | A | Dividend | K | T | sell | 3/15 | K | A | |
| 47. Delphi Corp - common stock | A | Dividend | J | T | sell | 3/15 | J | B | |
| 48. Ford Motor Co. - common stock | B | Dividend | K | T | | | | | |
| 49. Foot Locker Inc. - common stock | A | Dividend | J | T | sell | 3/15 | J | C | |
| 50. TRI Cont'l Corp | A | Dividend | J | T | | | | | |
| 51. General Motors - common stock | A | Dividend | J | T | | | | | |
| 52. Honeywell Int'l - common stock | A | Dividend | J | T | | | | | |
| 53. International Paper - common stock | A | Dividend | J | T | | | | | |
| 54. Lucent technologies - common stock | A | Dividend | J | T | sell | 3/15 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. National Grid Transco | A | Dividend | J | T | | | | | |
| 56. SBC Communications - common stock | B | Dividend | K | T | | | | | |
| 57. Travelers PPTY B - common stock | A | Dividend | J | T | sell | 3/15 | J | A | |
| 58. Travelers PPTY A - common stock | A | Dividend | J | T | sell | 3/15 | J | A | |
| 59. Visteon | A | Dividend | J | T | sell | 3/15 | J | B | |
| 60. Verizon - common stock | B | Dividend | K | T | | | | | |
| 61. Vodafone | A | Dividend | J | T | | | | | |
| 62. Hillsborough Cty Solid Wste Bd | C | Interest | L | T | redeemed | 10/21 | L | A | |
| 63. Equitable Accumulator - annuity | C | Dividend | M | T | | | | | |
| 64. Wachovia Diversified Managed Account | D | Dividend | P1 | T | buy | 8/13 | P1 | | See Sec VIII |
| 65. Wachovia Nuveen Asset Mgmt - High Quality Municipal Bond Fnd | D | Interest | P1 | T | buy | 8/5 | P1 | | See Sec VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore II, John H | 5/3/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Sec I - On 6/9/2004 ████ and I created a ████ iving trust for which we serve as co-trustees and into which most of the assets in Sec VII were transferred.  The exceptions appear below.

Sec VII L 6; L 16; L 65 - Two Merrill Lynch CMAs were combined and placed in the ████ Living Trust.  Cash from the CMA was used to establish the account listed on Line 65.

Sec VII L 11 - This was actually Dryden National Muni Fund which was marketed and recorded by Pru-Bache.  The account was transferred to Wachovia Securities and placed in the ████ Living Trust.

Sec VII L 18; L 64 - A portion of the Exxon-Mobil stock was tranferred to Wachovia Securities to establish the managed account listed on Line 64.

Sec VII L 33-35; L 38 - These items are in the USAA investment account not the ████ Living Trust.  Nothing from USAA has been transferred to the ████ Living Trust.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore II, John H | 5/3/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date___ 05/03/05 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544